**Order entered July 13, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01383-CV

**ENTERPRISE PRODUCTS PARTNERS, L.P. AND ENTERPRISE PRODUCTS OPERATING LLC, Appellants**

**V.**

**ENERGY TRANSFER PARTNERS, L.P. AND ENERGY TRANSFER FUEL, L.P., Appellees**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-12667**

## ORDER

We **GRANT** appellant's July 9, 2015 unopposed motion for extension of time to file reply brief and **ORDER** the brief be filed no later than August 19, 2015.

/s/     ELIZABETH LANG-MIERS
         JUSTICE